UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TANAISA WEEKS, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:25-CV-677-GSL-JEM |
| HERSH BERGER, et al., | |
| Defendants. | |

OPINION AND ORDER

Tanaisa Weeks, a prisoner without a lawyer, filed a confusing, difficult-to-read complaint. ECF 1. Weeks says she is suing twenty-five defendants, but rather than using extra pages to list them in separate boxes as the instructions on the Prisoner Complaint form require, she forced the names into the three preprinted boxes making it difficult to read what she had written. In the Claims and Facts section of the complaint, the instructions told her to "Write a short and plain statement telling what each defendant did wrong," but frequently she describes events making allegations against "them" or "they" without naming a specific defendant. The complaint provides many narrative facts but does not separate claims and events into separate paragraphs and clearly state why she believes she has a claim against each defendant. It appears not all the claims are related. For example, it is unclear how the tablet incident on November 23, 2025, with Officer Becker is related to the tray incident on December 8, 2025, with Officer Trausch is related to the medical records incident on December 10, 2025, with Nurse Laurie. There are other examples, but these illustrate the principle that "unrelated

claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

Federal Rule of Civil Procedure 8 "requires parties to make their pleadings straightforward[.]" *United States ex rel. Garst v. Lockheed-Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003). Weeks must file an amended complaint. To do so, she needs to write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from her law library. He needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after it is properly completed. The amended complaint must clearly explain what each defendant did or did not do which violated Weeks' rights and makes that defendant financially liable to her. The amended complaint must contain only related claims. If Weeks wants to pursue other claims, they must be in separate lawsuits.

For these reasons, the court:

(1) STRIKES the complaint (ECF 1), but it will remain part of the record and accessible to the public;

(2) GRANTS Tanaisa Weeks until **January 23, 2026**, to file an amended complaint; and

(3) CAUTIONS Tanaisa Weeks if she does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice.

SO ORDERED on December 19, 2025

/s/Gretchen S. Lund
JUDGE
UNITED STATES DISTRICT COURT

2