UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

TANAISA WEEKS,

    Plaintiff,

      v.                             CAUSE NO. 1:25-CV-677-GSL-JEM

HERSH BERGER, et al.,

    Defendants.

<u>OPINION AND ORDER</u>

Tanaisa Weeks, a prisoner without a lawyer, filed a difficult-to-read amended complaint. ECF 5. Federal Rule of Civil Procedure 8 "requires parties to make their pleadings straightforward" so the court does not struggle to understand them. *United States ex rel. Garst v. Lockheed-Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003). Despite the instructions on the complaint form, she left no margins for any of the twelve attached pages other than the last one because she finished before reaching the end of the page. She also did not provide paragraphs or section headings in the eleven pages of Claims and Facts. As previously explained, "The complaint provides many narrative facts, but does not separate claims and events into separate paragraphs and clearly state why she believes she has a claim against each defendant." ECF 4 at 1. When she files a second amended complaint, she must also explain how her claims are related because "unrelated claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). If Weeks has unrelated claims, she must file separate lawsuits.

For these reasons, the court:

(1) STRIKES the amended complaint (ECF 5), but it will remain part of the public

   record;

(2) GRANTS Tanaisa Weeks until **June 5, 2026**, to file an amended complaint;

   and

(3) CAUTIONS Tanaisa Weeks if she does not respond by the deadline, this case

   will be dismissed under 28 U.S.C. § 1915A without further notice.

SO ORDERED on May 13, 2026

/s/Gretchen S. Lund
JUDGE
UNITED STATES DISTRICT COURT

2